NO. 07-07-0326-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 6, 2007
_____

TERESA RACHEL BARBOSA,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 181st DISTRICT COURT OF POTTER COUNTY;

NO. 51,982-B; HON. JOHN B. BOARD, PRESIDING
_____

***ON MOTION TO DISMISS***
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Teresa Rachel Barbosa, by and through her attorney, has filed a motion to dismiss her appeal because she no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Brian Quinn
Chief Justice

Do not publish.